# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATS OF AMERICA, Plaintiff(s) vs. TIFFANY YOUNGBLOOD, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 18-CR-28-LRR-2<br>Presiding Judge: Magistrate Kelly Mahoney (via SC video conference)<br>Deputy Clerk: Sarah Melvin<br>Official Court Record: Shelly Semmler (via SC video conference) |

| Date: | 5/2/2018 | Start: | 2:01 PM | Adjourn: | 2:15 PM | Courtroom: | 4, 4th Floor - Cedar Rapids, IA |
|---|---|---|---|---|---|---|---|
| Recesses: | None | | | Time in Chambers: | None | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Justin Lightfoot | | | | |
|---|---|---|---|---|---|---|
| | Defendant(s): | appears in person and is represented by Stephen Swift (this hearing only) | | | | |
| | U.S. Probation: | Cody Jonker | | | | |
| | Interpreter: | N/A | Language: | -- | Certified: | -- | Phone | - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|

**STATUS CONFERENCE:**

| Motion(s): | N/A | Ruling: | |
|---|---|---|---|

**Matters discussed:**

Hearing to determine conditions of pre-trial release pursuant to Order at docket #9: Court reviewed the proposed conditions of pre-trial release listed in the Pre-Trial Services Report. Mr. Lightfoot does not have any additional conditions to propose or matters to discuss. Mr. Swift does not have any objections to the conditions or any other matters to discuss. Court reviews conditions of pre-trial release with Defendant. Defendant released, Order to follow.

| **Witness/Exhibit List is** | N/A |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

**Miscellaneous:**