IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TIFFANY YOUNGBLOOD,<br><br>　　　　Defendant. | NO. 1:18-cr-00028-LRR<br><br>**DEFENDANT'S FIRST UNRESISTED MOTION TO CONTINUE** |

　　　　COMES NOW the Defendant, Tiffany Youngblood, and for her First Unresisted Motion to Continue states as follows:

　　　　1.　　Defendant is scheduled for trial on a heroin related charges in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. Her trial is scheduled for the two week period beginning Monday, June 4, 2018. No prior continuances have been requested by either party. The Defendant is not in custody.

　　　　2.　　The undersigned is informed by Assistant United States Attorney Justin Lightfoot that there is an ongoing investigation with a high potential for additional criminal charges against the Defendant. Under these circumstances the Defendant requests trial be continued so that she might communicate with the United States concerning her liability in that regard and the effects of any additional potential criminal charges on her. Defendant believes the granting of this Motion allows the parties and the Court the maximum efficiency in addressing her need for Court resources.

　　　　3.　　Assistant United States Attorney Justin Lightfoot does not resist this motion.

　　　　WHEREFORE, the Defendant respectfully requests the Court continue the trial in this matter until a time convenient to the Court and the parties.

CERTIFICATE OF SERVICE

I hereby certify that on **May 09, 2018**, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

*Justin Lightfoot, Asst. U.S. Attorney*

By: _____*/s/ Lori Manson*_____

   */s/ Jonathan B. Hammond*
Jonathan B. Hammond AT0003109
KLINGER, ROBINSON & FORD, L.L.P.
401 Old Marion Road NE
P. O. Box 10020
Cedar Rapids, IA 52410-0020
(319) 395-7400
(319) 395-9041 (Facsimile)
jhammond@krflawfirm.com

ATTORNEY FOR DEFENDANT